UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA CORRECTIONAL<br>HEALTH CARE SERVICES, et al.,<br><br>    Defendants. | No.  2:16-cv-1691 MCE AC P<br><br><br>ORDER |

Plaintiff, a county prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983 and state law.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 13, 2017, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 8.  On February 14, 2017, plaintiff was granted a thirty-day extension to file objections to the findings and recommendations.  ECF No. 10.  Plaintiff has not filed objections to the findings and recommendations.

////

////

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed January 13, 2017 (ECF No. 8), are ADOPTED in full;

    2. This action is DISMISSED without prejudice; and

    3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE