UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMANN,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA CORRECTIONAL<br>HEALTH CARE SERVICES, et al.,<br><br>Defendants. | No. 2:16-cv-1691 MCE AC P<br><br><br>ORDER |

On June 7, 2018, plaintiff filed a request to file a motion pursuant to Federal Rule of Civil Procedure 60(b) on grounds of new evidence and abuse of discretion. See ECF No. 13. For the reasons stated herein, this request will be denied.

This civil rights action was closed and judgment was entered on April 19, 2017. See ECF Nos. 11, 12. Federal Rule of Civil Procedure 60(c)(1) requires that a Rule 60(b) motion based upon new evidence be made within a reasonable time which, in this instance, should have been within a year after the entry of judgment. See Fed. R. Civ. Proc. 60(c)(1). Thus, this request is not timely.

////

////

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for leave to file new evidence (ECF No. 13) is DENIED.

Plaintiff is advised that any further documents filed under this case number will be disregarded, and that no orders will issue in response to future filings.

DATED: June 25, 2018.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE